UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>An Iowa Limited Liability Company<br><br>vs.<br><br>Slutload, dba www.slutload.com<br>and Ryan Milnes and Nadene Milnes,<br>and John Does 1 - 100 and<br>John Doe Companies 1 - 100 | No. cv-10-3066   MWB<br><br>MOTION<br>TO<br>DISMISS |

COMES NOW, Plaintiff Fraserside IP LLC, by and through its counsel, Chad L. Belville, and MOVES TO DISMISS the Above-captioned Complaint with prejudice for the reason that the matter has been settled.  Each party to pay its own costs.

DATED:  January 30, 2011         Respectfully submitted,

By:

/s/ Chad L. Belville

Chad  Belville, Attorney at Law

Iowa Bar # 015731

|   |   |
|---|---|
| Physical Address | 304 East Beth Drive<br>Phoenix, AZ 85042 |
| MAILING ADDRESS: | P.O. Box 17879<br>Phoenix, AZ 85066 |
|   | Telephone:  602-904-5485<br>FAX:  602-297-6953<br>E-mail cbelville@azbar.org |
|   | ATTORNEY FOR PLAINTIFF |

Copy to Defendants