UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| FRASERSIDE IP LLC, | ) | |
| An Iowa Limited Liability Company | ) | |
| | ) | No. cv-10-3066   MWB |
| | ) | |
| vs. | ) | (proposed) |
| | ) | ORDER |
| | ) |  TO |
| Slutload, dba www.slutload.com | ) | DISMISS |
| and Ryan Milnes and Nadene Milnes, | ) | |
| and John Does 1 - 100 and | ) | |
| John Doe Companies 1 - 100 | ) | |
| | ) | |

The Plaintiff's Motion to Dismiss coming before this Court, and the Court

having examined said Motion and being fully advised in the premises, find that the

Complaint and this matter should be Dismissed.

IT IS THEREFORE ORDERED that the above-captioned matter is hereby

DISMISSED with prejudice.

DATED: _____

_____
Hon.

Judge

United States District Court for the Northern District of Iowa