IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP, L.L.C., an Iowa limited liability company, | |
| Plaintiff, | No. C 10-3066-MWB |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| SLUTLOAD, d/b/a www.slutload.com, and RYAN MILNES, NADENE MILNES, JOHN DOES 1-100, and JOHN DOE COMPANIES 1-100, | |
| Defendants. | |

_____

This case is before the court on the plaintiff's January 30, 2011, Motion To Dismiss (docket no. 9). The plaintiff represents in its Motion To Dismiss that this case should be dismissed with prejudice, for the reason that the case has been settled, and that each party is to pay its own costs. The court notes that no opposing party has served either an answer or a motion for summary judgment, so that voluntary dismissal on the plaintiff's motion without court order would be appropriate. FED. R. CIV. P. 41(a). Nevertheless, the plaintiff has submitted a proposed order for the court's review and approval. The court concludes that the plaintiff desires an order terminating the case. The court notes, however, that the proposed order does not address costs. Under the circumstances, the court finds good cause to grant the plaintiff's motion to dismiss, with prejudice, with each party to bear its own costs.

THEREFORE, the plaintiff's January 30, 2011, Motion To Dismiss (docket no. 9) is **granted**, and this matter is **dismissed with prejudice**, with each party to bear its own costs.

**IT IS SO ORDERED.**

**DATED** this 31st day of January, 2011.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA